MARK HANCE, ADMINISTRATOR, ETC., v. EDGAR O. DUR-
FEE, JUDGE OF PROBATE OF WAYNE COUNTY.

*Constitutional law—Inheritance tax.*

This case is ruled by *Chambe v. Judge of Probate, ante,* 112.

Relator applied for a writ of prohibition to restrain proceedings under Act No. 205, Laws of 1893.   Argued January 16 and 17, 1894.   Granted April 17, 1894.   The facts are stated in *Chambe v. Judge of Probate, ante,* 112.

*Wells, Angell, Boynton & McMillan,* for relator.

*A. A. Ellis,* Attorney General, for respondent.

LONG, J. This case is disposed of by what has been said in *Chambe v. Judge of Probate, ante,* 112.

The writ of prohibition must issue.

The other Justices concurred.